**FILED**

JUN 05 2019

TIMOTHY M. O'BRIEN CLERK
By_____CA_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Jonathan C. King
1308 Midland Street
Salina Ks 67401
(Enter above the full name of the Plaintiff(s))

vs.

Case Number 2:19-CV-2277-KHV-TJJ

Larry G. Michel
Name
119 Iron Ave #710 (785)825-4674
Street and number
Salina, Kansas 67401
City          State     ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff Jonathan C. King
    Address 1308 Midland Street
    Salina, Kansas 67401
    (785) 714-0771

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Larry G. Michel_ is employed at _Kennedy, Berkley, Yarnevich & Williamson Chartered._

C. Additional Defendants _Kennedy, Berkley, Yarnevich & Williamson Chartered._

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
 1. Plaintiff is a citizen of the State of _Kansas_.
 2. The first-named defendant above is either
    a. a citizen of the State of _Kansas_ ; or
    b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

 3. The second-named defendant above is either
    a. a citizen of the State of _Kansas_ ; or
    b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

☒ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

_Conflict of Interest_
_Neglect_

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

_My Statement of Claim is That Larry G. Michel, attorney owed a duty to provide competent and skillful representation. He breached his duty by acting carelessly and by making numerous mistakes, by misfilings, altering of witness statements and losing of statements. I was given misinforma in which I recorded numerous incidents of intentional negligi_

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

## Statement of Claim

I Jonathan C. King come forth with this complaint against, Larry G. Michel attorney with Kennedy, Berkley, Yarnevivh and Williamson Chartered. After being fed misinformation for over a year and getting the clarification on October of 2017 of the wrong doing, the co-plaintiff and myself started recorded meetings and conversations. The things that were told to me was done to further an agenda not for his clients. On my Initial Disclosure, I'm filed under 42 U.S. code 1981(a), without consent, or a court order it was changed to Title 7; placing a cap on recovering damages. I was led to believe I was under 1981(a) the entire case until on December 1st 2017, Judge Sebelius informed me that the filing was under a Title 7. Larry Michel, filed under 1981(a), and changed it to place limitations on a case, placing restrictions on recovering damages. He later tried to amend the case, even though we were under the correct filing from the beginning. This was grossly and intentionally done with no purpose for client but for self. As the recordings will also show is that Mr. Michel was fully aware of the misfiling's and apologized, but nothing was done to rectify the occurrence of it happening. I was told by legal assistant Tallie Baetz, that when on documentation it was spotted that I was asking for non-monetary damages meant " you wouldn't be placed on house arrest or probation". This was a civil matter which held no chance of any of those penalties, when told to Larry Michel what was being told to me nothing happened. Witness statements were tampered with, altered and changed. The settlement agreement is in my opinion fraudulent. On December 1st 2017, Judge Sebelius ruled we were **Without Prejudice**, even four days later Judge Crabtree placed in we were **Without Prejudice**, in his letter explaining the terms of the agreement. Then the agreement does the opposite and hold us with prejudice. I was not given a copy of the agreement, but was asked to sign a one page acknowledging I received two checks that were less then what we agreed upon on December 1st 2017. My lawyer was not there to explain anything but elect to have his legal assistant assist. Pertinent information was not given at that time which now has resulted in contact with the Internal Revenue Service over the facts none of this was workable income. I feel there has been a conflict of interest with Larry

Michel cosigning liens to the Bank of Tescott, while he represented the bank. I feel there was also a conflict of interest with the attorneys, between Larry G. Michel and Jared Hiatt the defenses counsel. My former attorney did not have my best interest while handling this case, he neglected sensitive material that was of high importance, Mr. Michel and his legal assistant Tallie Baetz continually gave misinformation and neglected to turn in documentation and evidence that ultimately cost me significantly. Everything above there is direct evidence showing it to be fact. We were refused copies of depositions, and individual authored documentations that works in the courts. Please help.

Jonathan C. King

1308 Midland Street, Salina Kansas 67401

Designkansas43@gmail.com/ (785)714-0771

_I want the damages lost by his negligence plus punitive for this being intentionally done._

---

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒  No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒  No ☐

VII. Do you claim punitive monetary damages? Yes ☒  No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_$665,000, which is the diffrence of what we stood to obtain given he filed correctly, plus punitive damages. Because of the negligence & conflict of interest. We now our being audited because of the mishandlings._

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒  No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Kansas Bar Association - what was told was they dismissed without investigation

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 5:16 CV 04142 and assigned to the Honorable Judge K. Gary Sebelius.

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Jonathan King
Name (Print or Type)

1308 Midland Street Salina KS
Address

5

Salina  Ks  67401
City      State    Zip Code

785-714-0771
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita, ☒ Kansas City, or ☐ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

Signature of Plaintiff

Dated: 6-4-2019
(Rev. 10/15)

6