# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**JONATHAN C. KING,**

        **Plaintiff,**

**v.**                                Case No. 19-2277-DDC-TJJ

**LARRY G. MICHEL,**
**KENNEDY BERKLEY YARNEVIH**
**& WILLIAMSON, CHARTERED,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the court.  This action came before the court.  The issues have been considered and a decision has been rendered.

**Consistent with the Memorandum and Order (Doc. 12) filed on October 9, 2019, the court dismisses this action without prejudice for lack of subject matter jurisdiction.**

\_\_\_10/09/2019_____                                     TIMOTHY M. O'BRIEN
Date                                               CLERK OF THE DISTRICT COURT

                                                           by:  \_\_s/ Megan Garrett_____
                                                                         Deputy Clerk